# Exhibit A

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JAMES WALSH**


alacourt.com

County: **27**   Case Number: **CV-2019-000021.00**   Court Action:
Style: **JACK FEI YANG VS LUTHERN CHURCH-MISSOURI**

Real Time

## Case

### Case Information

| | | |
|---|---|---|
| County: **27-DALLAS** | Case Number: **CV-2019-000021.00** | Judge: **PET:COLLINS PETTAWAY, JR.** |
| Style: **JACK FEI YANG VS LUTHERN CHURCH-MISSOURI** | | |
| Filed: **09/05/2019** | Case Status: **ACTIVE** | Case Type: **OTHER CV CASE** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **1** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **09/09/2019** | Updated By: **ERP** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - YANG JACK FEI

#### Party Information

| | | |
|---|---|---|
| Party: **C001-Plaintiff** | Name: **YANG JACK FEI** | Type: **I-INDIVIDUAL** |
| Index: **LUTHERN CHURCH** | Alt Name: | Hardship: **No**   JID: **PET** |
| Address 1: **P O BOX 1190** | | Phone: **(334) 000-0000** |

| | |
|---|---|
| Address 2: | |
| City: | **SELMA** |
| State: | **AL** |
| Zip: | **36702-0000** |
| Country: | **US** |
| SSN: | |
| DOB: | |
| Sex: | **M** |
| Race: | |

### Court Action

| | |
|---|---|
| Court Action: | |
| Amount of Judgement: | **$0.00** |
| Court Action For: | |
| Court Action Date: | |
| Exemptions: | |
| Cost Against Party: | **$0.00** |
| Other Cost: | **$0.00** |
| Date Satisfied: | |
| Comment: | |
| Arrest Date: | |
| Warrant Action Date: | |
| Warrant Action Status: | |
| Status Description: | |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| | | | | | |

## Party 2 - Defendant BUSINESS - LUTHERN CHURCH-MISSOURI SYNOD

### Party Information

| | |
|---|---|
| Party: | **D001-Defendant** |
| Name: | **LUTHERN CHURCH-MISSOURI SYNOD** |
| Type: | **B-BUSINESS** |
| Index: | |
| Alt Name: | |
| Hardship: | **No** |
| JID: | **PET** |
| Address 1: | **1333 S KIRKWOOD RD** |
| Phone: | **(334) 000-0000** |
| Address 2: | |
| City: | **ST LOUIS** |
| State: | **MO** |
| Zip: | **63122-0000** |
| Country: | **US** |
| SSN: | |
| DOB: | |
| Sex: | |
| Race: | |

### Court Action

| | |
|---|---|
| Court Action: | |
| Amount of Judgement: | **$0.00** |
| Court Action For: | |
| Court Action Date: | |
| Exemptions: | |
| Cost Against Party: | **$0.00** |
| Other Cost: | **$0.00** |
| Date Satisfied: | |
| Comment: | |
| Arrest Date: | |
| Warrant Action Date: | |
| Warrant Action Status: | |
| Status Description: | |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| | | | | | |

### Financial

### Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 9/9/2019 | 10:34 AM | FILE | FILED THIS DATE: 09/05/2019         (AV01) | ERP |
| 9/9/2019 | 10:34 AM | ASSJ | ASSIGNED TO JUDGE: COLLINS PETTAWAY      (AV01) | ERP |
| 9/9/2019 | 10:34 AM | EORD | E-ORDER FLAG SET TO "Y"         (AV01) | ERP |
| 9/9/2019 | 10:34 AM | SCAN | CASE SCANNED STATUS SET TO: N        (AV01) | ERP |
| 9/9/2019 | 10:34 AM | ORIG | ORIGIN: INITIAL FILING         (AV01) | ERP |
| 9/9/2019 | 10:34 AM | TDMN | BENCH/NON-JURY TRIAL REQUESTED      (AV01) | ERP |
| 9/9/2019 | 10:34 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE       (AV01) | ERP |
| 9/9/2019 | 10:35 AM | C001 | C001 PARTY ADDED: YANG JACK FEI       (AV02) | ERP |
| 9/9/2019 | 10:35 AM | C001 | INDIGENT FLAG SET TO: N        (AV02) | ERP |
| 9/9/2019 | 10:35 AM | C001 | C001 E-ORDER FLAG SET TO "Y"       (AV02) | ERP |
| 9/9/2019 | 10:36 AM | D001 | D001 PARTY ADDED: LUTHERN CHURCH-MISSOURI SYNOD | ERP |
| 9/9/2019 | 10:36 AM | D001 | INDIGENT FLAG SET TO: N        (AV02) | ERP |
| 9/9/2019 | 10:36 AM | D001 | D001 E-ORDER FLAG SET TO "Y"       (AV02) | ERP |
| 9/9/2019 | 11:21 AM | ESCAN | SCAN - FILED 9/5/2019 - COMPLAINT | ERP |
| 9/9/2019 | 12:32 PM | D001 | D001 ADDR STATE CHANGED FROM: AL       (AV02) | ERP |

### Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 9/9/2019 11:21:45 AM | 1 | COMPLAINT | | 7 |

 END OF THE REPORT

ELECTRONICALLY FILED
6/28/2019 12:41 PM
27-CV-2018-000022.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA ROBINSON, CLERK

## IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

| | |
|---|---|
| CONCORDIA COLLEGE, an Alabama Nonprofit Corp., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. CV-18-00022 ) |
| Defendant. | ) |
| DR. JACK FEI YANG, | ) ) |
| Third Party Plaintiff | ) ) |
| v. | ) ) |
| THE LUTHERAN CHURCH, MISSOURI SYNOD, | ) ) ) |
| Third Party Defendant. | ) |

### THIRD PARTY COMPLAINT

COMES NOW, Dr. Jack Fei Yang ("Yang"), third-party plaintiff and makes the following third-party complaint against the Lutheran Church, Missouri Synod ("LCMS").

### PARTIES

1. Yang is a resident of Taipei City, Taiwan.

2. LCMS is a Missouri corporation qualified to do business in Alabama as a foreign corporation. LCMS' registered agent for the State of Alabama, as shown in the records of the Alabama Secretary of State, is Harry W. Gamble, who is deceased. LCMS' principal place of business is 1333 S. Kirkwood Road, St. Louis, MO 63122-7226.

## FACTS

3. Concordia College, an Alabama corporation ("Concordia"), is the agent of LCMS.

4. Concordia, in accordance with Section 3.6.6, et seq. of the LCMS Bylaws, is a part of the LCMS Concordia University System.

5. In accordance with Section 3.6 of the LCMS By-laws, the Concordia University System is a servant of and to the LCMS.

6. LCMS controlled Concordia through LCMS' Concordia University System.

7. On or about February 19, 2016, LCMS, at a meeting of its Board of Directors, went into executive session and, inter alia, adopted a resolution to close Concordia.

8. LCMS, pursuant to the executive session resolution, directed Concordia to not disseminate any information to the public or prospective donors regarding the closing of Concordia.

9. In accordance with the LCMS Bylaws §3.6 the decision to close Concordia was made by LCMS.

10. Concordia, as an agent of LCMS, had authority under the LCMS Bylaws to raise funds.

11. Yang, in good faith, entered into negotiations with Concordia in 2017 to provide funds for Concordia College's 5-Year Plan.

12. As a result of these negotiations and the representations of Concordia's Officers and Directors and others, Yang agreed to provide Concordia with ONE MILLION AND NO/100 DOLLARS ($1,000,000.00) on the condition that in the event Concordia was closed within one

(1) year of the $1,000,000.00 contribution the entire contribution would be refunded to Yang. A copy of this Agreement is attached as Exhibit "A".

13. Yang, in accordance with the terms of the Agreement, provided the $1,000,000.00 to the Plaintiff in or about October, 2017.

14. Concordia closed and ceased all operations as of June 30, 2018 in accordance with the April 27, 2018 approval of the Southern Association of Colleges and Schools Commission on Colleges.

15. The approval of the closure and the closure of Concordia College were all within one (1) year of Yang's $1,000,000.00 contribution.

16. Yang discovered on or about January 29, 2019 of the February 19, 2016 LCMS Board of Directors meeting concerning the closing of Concordia.

17. Neither prior to the Agreement of June 28, 2017 nor prior to Yang's contribution of the $1,000,000.00 in October, 2017 was he ever informed by any of the Officers, Directors or employees of LCMS or LCMS' agent, Concordia, that Concordia was be closed and cease all operations.

18. Yang would not have agreed to make the $1,000,000.00 contribution if he had been informed of the LCMS decision to close Concordia.

## COUNT ONE

### BREACH OF CONTRACT

19. Yang adopts and realleges paragraphs one through eighteen of this third party complaint as if the same were set forth herein in their entirety in support of this Count One.

20. Concordia, as the agent/servant of LCMS, entered into an agreement with Yang on or about June 28, 2017 for Yang to contribute the sum of $1,000,000.00, which agreement

contained a condition subsequent that in the event Concordia closed with one year of the contribution the same would be refunded to Yang.

21. Concordia closed within one year of the contribution.

22. LCMS, as Concordia's principal, has breached the agreement by refusing to refund the $1,000,000.00 to Yang in accordance with the terms of the agreement.

23. Yang has been damaged as a result of this breach of the agreement.

WHEREFORE, Yang demands judgment against LCMS in the sum of $1,000,000.00, plus interest and costs.

## COUNT TWO

### FRAUD

24. Yang adopts and realleges paragraphs one through twenty-three of this third party complaint as if the same were set forth herein in their entirety in support of this Count Two.

25. This action is brought pursuant to Ala. Code §§6-5-100 and 6-5-101, 1975 as amended.

26. On or about the 28th day of June, 2017 Yang and Concordia were negotiating regarding Yang making a contribution to Concordia in the amount of $1,000,000.00.

27. At that time LCMS' agent, Concordia, represented to Yang that in the event Concordia closed within one year of the contribution the same would be refunded to Yang.

28. Said representations were false and LCMS' agent, Concordia, knew they were false.

29. Yang believed the said representations and relied on them and acted upon them by contributing the $1,000,000.00 on or about October, 2017.

30. As a proximate result of said fraud, Yang was caused to suffer the loss of the sum of $1,000,000.00.

31. Yang claims punitive damages of LCMS because of the intentional or gross and reckless nature of the fraud.

WHEREFORE, Yang demands judgment against LCMS in the sum of $1,000,000.00 and punitive damages in an amount as the trier of fact finds reasonable plus interest and costs.

## COUNT THREE

### RECKLESS MISREPRESENTATION

32. Yang adopts and realleges paragraphs one through thirty-one of this third party complaint as if the same were set forth herein in their entirety in support of this Count Three.

33. The representations of LCMS' agent, Concordia, were false and LCMS' agent, Concordia, without knowledge of the true facts, recklessly misrepresented the facts.

34. Yang believed these reckless misrepresentations and has been damaged by these reckless misrepresentations.

WHEREFORE, Yang demands judgment against LCMS in the sum of $1,000,000.00 and punitive damages in an amount as the trier of fact finds reasonable plus interest and costs.

## COUNT FOUR

### MISTAKEN MISREPRESENTATION

35. Yang adopts and realleges paragraphs one through thirty-four of this third party complaint as if the same were set forth herein in their entirety in support of this Count Four.

36. LCMS' agent, Concordia, mistakenly made representations to Yang with the intention that Yang should rely on them.

37. Yang believed these mistaken representations and has been damaged by the same.

WHEREFORE, Yang demands judgment against LCMS in the amount of $1,000,000.00 and punitive damages in an amount the trier of fact finds reasonable, plus interest and costs.

_____
James B. McNeill, Jr. MCN005
Attorney for Jack Fei Yang

OF COUNSEL:
Hobbs & Hain, P.C.
P. O. Box 1190
Selma, Alabama 36702-1190
(334) 874-6683
(334) 872-8435 *Facsimile*
Email: jbm@hhpclaw.com

## JURY DEMAND

Yang demands trial by jury of all issues in this cause.

_____
James B. McNeill, Jr. MCN005

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Yang requests service by Certified Mail pursuant to Ala.R.Civ.P. 4(i)(2) on the third party defendant at the following addresses:

The Lutheran Church, Missouri Synod
1333 S. Kirkwood Road
St. Louis, MO 63122-7226

_____
James B. McNeill, Jr. MCN005

6



# CONCORDIA COLLEGE
## ALABAMA

Dear Dr. Jack Fei Yang,

Please note that the Concordia College Alabama Board of Regents in its conference call meeting on Wednesday, June 28, 2017 made a decision to accept a one million dollar payment from you with a guarantee that if the Board of Regents vote to close the school within a year that this one million dollars will be return to you in full.

Thanks,

Dexter Jackson, Chief Operating Officer/VP for Business & Fiscal Affairs/CFO

Dated: June 28, 2017

**EXHIBIT "A"**