# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JACK FEI YANG, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:19-cv-00632-JB-C |
| | * | |
| THE LUTHERAN CHURCH, | * | |
| MISSOURI SYNOD, | * | |
| | * | |
| Defendant. | * | |

## REPORT OF MEDIATOR

COMES NOW, Jim Rives, Mediator in the above-styled cause, and reports to the Court that this case was mediated to settlement on October 14, 2021, with the parties to file the appropriate dismissal documents within the next several days.

Respectfully submitted,

*/s/James A. Rives*
**JAMES A. RIVES (RIV005)**
Mediator

OF COUNSEL:
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: (334) 387-7680

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon the following counsel of record via CM/ECF electronic transmission and/or by placing same in the U.S. Mail, postage prepaid this October 19, 2021:

James B. McNeill, Jr.
Hobbs & Hain, P.C.
PO Box 1190
Selma, AL  36702
jbm@hhpclaw.com
jpaulk@hhpclaw.com

R. Scott Williams, Esq.
Rumberger Kirk & Caldwell, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL  36502
swilliams@rumberger.com

                        */s/James A. Rives*
                        OF COUNSEL